IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TODD C. SNYDER,

                           Plaintiff,

       v.

COMMISSIONER, Social Security
Administration,

                        Defendant.

Case No. 6:15 CV 02400-SU

ORDER

      Magistrate Judge Sullivan filed her Findings and Recommendation on June 19, 2017.

The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No

objections have been timely filed. This relieves me of my obligation to give the factual

findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.

1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Sullivan's Findings

and Recommendation.

      Dated this ___11th___ day of July, 2017.

                              _____
                             Ann Aiken, United States District Judge

Order -- Page 1